IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R. MAY**  **PETITIONER**
*ADC# 153557*

V.    NO. 4:22-cv-00653-JM-JTK

**GARY MUSSELWHITE, Deputy Warden**
*Arkansas Division of Correction*  **RESPONDENT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

It is SO ORDERED this 11th day of August , 2022.

_____
UNITED STATES DISTRICT JUDGE